**From:**    Joe Eskenazi <joe.eskenazi@sfweekly.com>
**To:**      vccrd@cand.uscourts.gov

**Date:**    Monday, June 23, 2014 11:15AM
**Subject:** Permission sought to interview prisoner Ryan Chamberlain

---

Hello --

In order to interview Ryan Chamberlain, I must receive permission from several entities, including Judge Chhabria.

Please forward this message to him as soon as possible.

Thank you kindly,

JE


Joe Eskenazi
SF Weekly staff writer and columnist
(415) 536-8197
@EskSF