UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiffs,<br><br>  v.<br><br>RYAN KELLY CHAMBERLAIN,<br><br>    Defendants. | Case No. 14-cr-00316-VC-1   (VC)<br><br>**MEDIA INTERVIEW PERMISSION ORDER** |

    A member of the media, Joe Eskenazi, <u>SF Weekly</u>, has requested approval of the court to interview defendant Ryan Chamberlain. The court grants this request, so long as Mr. Eskenazi also obtains written consent from the defendant's attorney, the United States, and the facility at which the defendant is held in custody. This order only applies to one interview. In the event Mr. Eskenazi desires to conduct a further interview, he must newly obtain written consent from the court and the parties identified above.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
VINCE CHHABRIA
United States District Judge