STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant CHAMBERLAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-316 VC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| RYAN CHAMBERLAIN, | |
| Defendant. | |

The parties are jointly requesting that the status conference presently set for February 9, 2015 at 2:00 p.m. be continued to March 9, 2015 at 2:00 p.m.

As the Court is aware, the above captioned matter is a complicated case with voluminous discovery. The parties have been working diligently to resolve the case, but have yet to reach a resolution. The parties believe that additional time would be beneficial to resolving the case as communications have been fruitful thus far. The parties are working diligently to resolve reciprocal discovery issues involving expert forensic examinations that could affect both case preparation and potential resolution. Additionally, the government informed defense counsel today that it had just been informed by the FBI that additional discovery would be forthcoming.

//

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from February 9, 2015 to March 9, 2015 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from February 9, 2015 to March 9, 2015 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| 2/5/2015 | /s/ |
|---|---|
| DATED | PHILIP KEARNEY |
|  | Assistant United States Attorney |

| 2/5/2015 | 2/5/2015 |
|---|---|
| DATED | JODI LINKER |
|  | Assistant Federal Public Defender |

IT IS SO ORDERED.

| February 6, 2015 |  |
|---|---|
| DATED | VINCE CHHABRIA |
|  | United States District Judge |

*US v. Chamberlain,* Case No. 14-0316 VC;
STIP & [PROPOSED] ORDER            2