MELINDA HAAG (CABN 132612)
United States Attorney

PHILIP J. KEARNEY (CABN 114978)
ELISE BECKER (NYBN 2540730)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Philip.kearney@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN CHAMBERLAIN,<br><br>    Defendant. | Case No. CR 14-316 VC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE<br>AS MODIFIED |

    The parties are jointly requesting that the status conference presently set for March 30, 2015 at 2:00 p.m. be continued to April ~~27~~ 28, 2015 at ~~2~~ 1:00 p.m.

    As the Court is aware, the above captioned matter is a complicated case with voluminous discovery. On March 17, 2015, based on an earlier defense request, the government provided new discovery on the issue of abrin toxicity, including peer-reviewed literature and a statement by Christa L. Mason, PhD., a forensic examiner within the Chemical, Biological, Radiological, and Nuclear Sciences Unit at the FBI Laboratory in Quantico, Virginia. The parties believe that additional time is needed to properly assess this material. The parties have also been working diligently to resolve the case, but have

*US v. Chamberlain,* Case No. 14-0316 VC;
STIP & [PROPOSED] ORDER                  1

1  yet to reach a resolution.  The parties believe that additional time would also be beneficial to resolving

2  the case as communications have been fruitful thus far.

3        Both government counsel and counsel for the defense will be out of the country on successive

4  pre-planned trips from April 2, 2015 through April 20, 2015.[1]  Consequently, to ensure continuity of

5  counsel, the parties are seeking a continuance until April ~~27~~ 28, 2015 at ~~2~~ 1:00 p.m.

6        For the above reasons, the parties stipulate there is good cause – taking into account the public

7  interest in the prompt disposition of this case – to exclude the time from March 30, 2015 to April ~~27~~ 28,

8  2015 from computation under the Speedy Trial Act, and that failing to exclude that time would

9  unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation

10 of counsel taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11 The parties further agree that the ends of justice would be served by excluding the time from March 30,

12 2015 to April ~~27~~ 28, 2015 from computation under the Speedy Trial Act and that the need for the exclusion

13 outweighs the best interests of the public and the defendant in a speedy trial.

14     IT IS SO STIPULATED.

16     DATED March 18, 2015          /s/
17                                     PHILIP J. KEARNEY
                                    Assistant United States Attorney

18     DATED March 18, 2015          /s/
19                                     JODI LINKER
                                    Assistant Federal Public Defender

22     IT IS SO ORDERED.

23   March 18, 2015
    DATED



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

---

[1] With the exception of a single day, Friday April 10, 2015, which the parties are informed, is not available to the Court.

*US v. Chamberlain,* Case No. 14-0316 VC;
STIP & [PROPOSED] ORDER         2