STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:   415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant CHAMBERLAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-316 VC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| RYAN CHAMBERLAIN, | |
| Defendant. | |

The parties are jointly requesting that the hearing on defendant Ryan Chamberlain's Motion to Dismiss presently set for July 7, 2015 at 1:00 p.m. be continued to July 28, 2015 at 1:00 p.m.and that his reply brief now be due on July 14, 2015.

Under the current briefing schedule, Mr. Chamberlain's reply brief is due on June 23, 2015. Since setting the briefing schedule, defense counsel was set for trial in another matter.  That trial commenced on June 22, 2015.  Accordingly, given trial preparation and now trial, defense counsel has not had adequate time to complete the reply brief and is requesting additional time to do so.  That would also require moving the hearing date.  The government has no objection to this request. Accordingly, the parties stipulate that Mr. Chamberlain's reply brief be due on July 14, 2015 and the hearing be continued to July 28, 2015.

*US v. Chamberlain,* Case No. 14-0316 VC;
STIP & [PROPOSED] ORDER                              1

Time is excluded from the Speedy Trial Act because a motion is currently pending.  18 U.S.C. § 3161(h)(1)(D).

IT IS SO STIPULATED.

__6/23/15_____  
DATED

___/s/_____  
ELISE BECKER  
Assistant United States Attorney

__6/23/15_____  
DATED

___/s/_____  
JODI LINKER  
Assistant Federal Public Defender

IT IS SO ORDERED.

_June 25, 2015_____  
DATED

_____  
VINCE CHHABRIA  
United States District Judge

*US v. Chamberlain,* Case No. 14-0316 VC;  
STIP & [PROPOSED] ORDER                    2