UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RYAN KELLY CHAMBERLAIN,<br><br>        Defendant. | Case No. 14-cr-00316-VC-1<br><br>**ORDER RE STIPULATION MODIFYING MOTION DEADLINES**<br><br>Re: Dkt. No. 152 |

The government's request to extend the deadline to respond to the *Daubert* motions is granted in part. The government's responses to the motions are due January 26th. Any replies by the defendant are due January 28th. The parties should be prepared to discuss the *Daubert* motions at the final pretrial conference on February 1st, but need not have their witnesses prepared to testify at the pretrial conference. If the Court wishes to hear live testimony, or if it wishes to hold a separate hearing on the *Daubert* motions at a later date, it will inform the parties at the pretrial conference.

    **IT IS SO ORDERED.**

Dated: January 7, 2016

_____
VINCE CHHABRIA
United States District Judge