UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 10, 2016 | **Time in Court:** 10 minutes | **Judge:** VINCE CHHABRIA |
| **Case No.**: 14-cr-00316-VC-1 | **Case Name:** UNITED STATES v. Chamberlain | |

**Attorney for United States of America:** Philip Kearney and Adam Wright
**Attorney for Defendant:** Elizabeth Falk and Ellen Leonida - AFPD
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

| | |
|---|---|
| **Deputy Clerk:** Kristen Melen | **Court Reporter:** Debra Pas |
| **Interpreter:** N/A | **Probation Officer:** N/A |

## PROCEEDINGS

Jury selection - not held.

## RESULT OF HEARING

The parties are preparing a plea agreement and request the trial be vacated, including selection today. The Court grants the request. The parties are to notify the Court whether they want the change of plea hearing for today or tomorrow.

The government requests the Court not issue the order regarding the past days' *Daubert* hearings. The Court grants the request, but will issue a supplemental order regarding its ruling on the motion to dismiss counts three and four.

**CASE CONTINUED TO:  TBD**