UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** April 6, 2016     **Time in Court:** 39 minutes     **Judge:** VINCE CHHABRIA

**Case No.**: 14-cr-00316-VC-1     **Case Name:** UNITED STATES v. Chamberlain

**Attorney for United States of America:** Philip Kearney and Adam Wright
**Attorney for Defendant:** Elizabeth Falk and Ellen Leonida
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen                **Court Reporter:** Belle Ball
**Interpreter:** N/A                           **Probation Officer:** Emily Libby

PROCEEDINGS

Sentencing hearing - held.

RESULT OF HEARING

The Court provided the parties with a tentative view of the proposed sentence from the plea agreement and what is contemplated in the PSR. The Court heard proffers from each side regarding the amount of supervision contemplated in the plea agreement.

Defense moved to have a certain statement in the PSR removed; DENIED. Defense objected to specific proposed terms of supervised release as listed in the PSR. There are no objections to the PSR from the government.

Mr. Chamberlain addressed the Court.

The Court rejected the plea agreement.

**CASE CONTINUED TO: April 13, 2016, at 1:30 P.M., for Status Conference**

*If a new plea agreement is reached amongst the parties, the new plea agreement is due no later than Monday, April 11, 2016, at 12:00 p.m.

-------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: NONE**
-------------------------------------------------------------------------------------------------------------